401 A.2d 364

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Michael SULLIVAN, Appellant.**

Supreme Court of Pennsylvania.

Argued April 19, 1979.

Decided May 21, 1979.

Austin J. McGreal, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Sheldon M. Finkelstein, Philadelphia, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM:

Judgments of sentence affirmed.

EAGEN, C. J., did not participate in the consideration or decision of this case.